Thomas F. Kummer, Esq.
Nevada Bar No. 1200
Shauna L. Welsh, Esq.
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIFFINIE SMITHE,<br><br>  Plaintiff,<br><br>v.<br><br>WORLD WIDE VAN LINES, LLC, a Delaware limited liability corporation; ABLE MOVING, INC., a foreign corporation; TRACIE TERMAN, an individual,<br><br>  Defendants. | Case No. 2:10-cv-2091-GMN-LRL<br><br>**DEFAULT JUDGMENT** |

An Application having been duly made by Plaintiff Tiffinie Smithe ("Plaintiff"), for default judgment against Defendants WORLD WIDE VAN LINES, LLC ("World Wide"), ABLE MOVING, INC. ("Able Moving") and TRACIE TERMAN ("Terman"), and the defaults having been entered against Defendants World Wide, Able Moving and Terman for failure to answer or otherwise defend Plaintiff's Complaint, and Defendants World Wide, Able Moving and Terman not being in the military service of the United States, infants or incompetent persons, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff against Defendants World Wide, Able Moving and Terman, joint and several, as follows:

419,395,569 LV -044444122700 5-11-11

1. For the principal sum of **$15,480.00** for the value of Plaintiff's lost and damaged belongings;

2. For the sum of **$2,717.40** for costs and expenses incurred by Plaintiff through her efforts to obtain her belongings;

3. For the sum of **$6,000.00** for lost income;

4. For prejudgment accrued interest on the above amounts at the statutory rate equivalent to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System from December 1, 2010 through the date of this judgment.

5. For the sum of **$26,218.80** for reasonable attorneys' fees incurred by Plaintiff through March 22, 2011 in the prosecution of this matter;

6. For a reservation of jurisdiction to award Plaintiff further reasonable attorneys' fees incurred in the prosecution of this matter after March 22, 2011;

7. For post-judgment interest at the statutory rate equivalent to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of judgment.

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff against Defendant Terman for the sum of **$100,000.00** in punitive damages as permitted by N.R.S. § 40.005 based on Terman's malicious conduct as set forth in the papers and pleadings on file herein.

///

///

///

///

419,395,569 LV -044444122700 5-11-11

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff against Defendants World Wide, Able Moving, and Terman joint and several, in the total sum of **$50,416.20** plus all accrued interest and against Defendant Terman individually in the total sum of **$100,000.00**, which sums shall continue to accrue interest at the statutory rate as provided by law until paid in full.

**IT IS SO ORDERED** this 12th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

GREENBERG TRAURIG, LLP

By: _____
THOMAS F. KUMMER
Nevada Bar No. 1200
kummer@gtlaw.com
SHAUNA L. WELSH
Nevada Bar No. 11320
welshs@gtlaw.com
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, Nevada
*Attorneys for Plaintiff*

419,395,569 LV -044444122700 5-11-11